# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VAELII CLIFTON TALIAOA,<br><br>　　　Petitioner<br><br>v.<br><br>BRIAN WILLIAMS,<br><br>　　　Respondent | Case No.: 2:23-cv-00686-RFB-BNW<br><br>**Order Directing Petitioner to File Complete Application to Proceed <u>In Forma Pauperis</u>** |

　　　Petitioner has submitted a pro se petition for writ of habeas corpus. (ECF Nos. 1-1, 1-2, 4.) He has also submitted an application to proceed <u>in forma pauperis</u> but has failed to include the required financial certificate or inmate account statements. (<u>See</u> ECF No. 1.) Accordingly, this matter has not been properly commenced. 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

　　　This action therefore is subject to dismissal without prejudice as improperly commenced. However, the court will give petitioner 30 days to either (1) pay the $5.00 filing fee or (2) submit a fully completed application to proceed <u>in forma pauperis</u>, with the financial certificate completed and signed by an authorized officer and an inmate account statement for the past six months. Failure to do so may result in the dismissal of this action without prejudice.

IT IS THEREFORE ORDERED that within **30 days** of the date of this order petitioner must either pay the $5.00 filing fee or submit a completed application to proceed in forma pauperis with financial certificate and his inmate account statement for the past six months.

IT IS FURTHER ORDERED that if petitioner fails to comply with this order, this action may be dismissed without prejudice.

IT IS FURTHER ORDERED that the Clerk of Court **SEND** to petitioner one copy of the application to proceed in forma pauperis for incarcerated persons, with instructions.

IT IS FURTHER ORDERED that the Clerk retain the petition but not file it at this time.

DATED this 16 day of August, 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE